

## NUMBER 13-08-00565-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

### IN THE INTEREST OF I.J.S., A CHILD

**On appeal from the 94th District Court of Nueces County, Texas.**

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Yañez and Benavides
Memorandum Opinion Per Curiam**

Appellant, Jessica Schulz, perfected an appeal from a judgment entered by the 94th District Court of Nueces County, Texas, in cause number 06-1380-C. Appellant has filed a notice of nonsuit stating that she no longer desires to prosecute this appeal and that the parties have entered into a settlement agreement. This Court interprets the notice of nonsuit as a request to dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP.

P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.

Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 12th day of February, 2009.

2